UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 09-43(5)-ART |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| VIRGINIA JUDE ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The defendant filed a motion to vacate her sentence under 28 U.S.C. § 2255. R. 354. Magistrate Judge Hanly Ingram filed a Report and Recommendation ("R&R") that the Court deny the motion. R. 363. The Court adopted the R&R, R. 363, but then vacated that Order after learning that the defendant may not have received a copy of the R&R. R. 377. The clerk sent a copy of the R&R and the Order with a new deadline to file any objections. The defendant still has not filed any objections to the R&R, and the extended deadline for filing any objections has expired. *See* Fed. R. Civ. Proc. 72(b); 28 U.S.C. § 636(b)(1). Accordingly, it is **ORDERED** that the R&R, R. 363, is **ADOPTED** as the opinion of the Court. The motion to vacate, R. 354, is **DENIED**.

This the 7th day of July, 2011.



Signed By:
*Amul R. Thapar* AT
United States District Judge